IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REGINALD K. CARSON,

   Petitioner,

     v.

PAUL THOMPSON, Warden, Telfair State Prison,

   Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-1425-TWT

OPINION AND ORDER

     This is a habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending that the action be dismissed. After careful consideration of the Petitioner's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Georgia courts applied the correct legal standard in ruling upon the Petitioner's ineffective assistance of counsel claim. The Petitioner has failed to show a reasonable probability that he would have pled guilty and would have received a lesser sentence but for the errors of counsel. This action is DISMISSED.

SO ORDERED, this 4 day of April, 2006.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge